**DISABILITY RIGHTS IDAHO, INC.**
Amy Cunningham, ISB No. 5541
amy@disabilityrightsidaho.org
Courtney R. Holthus, ISB No. 8841
courtney@disabilityrightsidaho.org
1246 Yellowstone Ave. A3
Pocatello, ID 83201
Telephone: (208) 232-0922, ext. 203
Fax: (208) 232-0938
*Attorneys for Defendant/Counter-Claimant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN THE MATTER OF DISABILITY RIGHTS IDAHO, INC.'S REQUEST FOR ADA COUNTY CORONER RECORDS RELATED TO THE DEATH OF D.T. | Case No. 1:14-CV-369-EJL |
| ERWIN SONNENBERG, in his official capacity as ADA COUNTY CORONER, and ADA COUNTY, Plaintiffs, | DEFENDANT'S MOTION TO DISMISS, MOTION FOR JUDGEMENT ON THE PLEADINGS, & MOTION FOR SUMMARY JUDGMENT |
| DISABILITY RIGHTS IDAHO, INC., an Idaho nonprofit corporation, Defendant. | |
| DISABILITY RIGHTS IDAHO, INC., an Idaho nonprofit corporation, Counter-Claimant, vs. ERWIN SONNENBERG, in his official capacity as ADA COUNTY CORONER, Counter-Defendant. | COUNTER-CLAIMANT'S MOTION FOR SUMMARY JUDGMENT |

COMES NOW, Defendant and Counter-Claimant, DisAbility Rights Idaho, Inc., by and through its attorney of record, Courtney R. Holthus, with the following Motion to Dismiss, Motion for Judgment on the Pleadings, and Motions for Summary Judgment. The motions are brought pursuant to Federal Rules of Civil Procedure 12(h)(3), 12(c), 17(a), and 56(a), and are supported by the accompanying Memorandum in Support of Motion to Dismiss, Motion for Judgment on the Pleadings, and Motions for Summary Judgment as well as the Affidavits of Leann Jopson, Dina M. Flores-Brewer, and Cecilia Vega.

Respectfully submitted this 15th day of June, 2015.

DISABILITY RIGHTS IDAHO, INC.

By: s/ Courtney R.Holthus
Courtney R. Holthus, ISB NO. 8841

Attorneys for Defendant/Counter-Claimant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of June, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following Counsel for the Plaintiffs and Counter-Defendant to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Sherry A. Morgan
    Senior Deputy Prosecuting Attorney
    Civil Division
    Ada County Prosecuting Attorney
    200 W. Front Street
    Boise, ID 83702
    *smorgan@adaweb.net*

                                By: s/ Courtney R. Holthus_____
                                        Courtney R. Holthus