**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**SHERRY A. MORGAN**
Senior Deputy Prosecuting Attorney
Civil Division
200 W. Front Street
Boise, Idaho 83702
Telephone:  (208) 287-7700
Facsimile:   (208) 287-7719
Email: smorgan@adaweb.net
ISB No. 5296

Attorney for Ada County and Ada County Coroner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN THE MATTER OF DISABILITY RIGHTS IDAHO REQUEST FOR ADA COUNTY CORONER RECORDS RELATING TO THE DEATH OF D.T. | **Case No. 1:14-CV-369-CWD**<br><br>**MOTION FOR SUMMARY JUDGMENT** |
| DISABILITY RIGHTS IDAHO, INC., an Idaho nonprofit corporation, | |
| Counter-Claimant, | |
| vs. | |
| ERWIN SONNENBERG, in his official capacity as ADA COUNTY CORONER, | |
| Counter-Defendant. | |

COME NOW, Ada County and the Ada County Coroner, by and through their attorneys of record, the Ada County Prosecuting Attorney's Office, Civil Division, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Court for Summary Judgment in this matter.

This Motion is made and based upon the Memorandum in Support of Motion for Summary

Judgment, Statement of Material Facts and affidavits filed herewith, as well as the pleadings and other documents on file with the Court.

DATED this 15th day of June, 2015.

JAN M. BENNETTS
Ada County Prosecuting Attorney

By: /s/_____
Sherry A. Morgan
Senior Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 15th day of June, 2015, I served a true and correct copy of the foregoing MOTION FOR SUMMARY JUDGMENT to the following person(s) by the following method:

| | |
|---|---|
| Amy Cunningham<br>Disability Rights Idaho, Inc.<br>1246 Yellowstone Avenue, Suite A-3<br>Pocatello, Idaho 83201-4374 | _____ Hand Delivery<br>\_\_\_x\_\_\_ U.S. Mail<br>_____ Certified Mail<br>\_\_\_\_x\_\_ Electronic Mail |
| Courtney Rose Holthus<br>Disability Rights Idaho<br>4477 Emerald Street, Ste. B-100<br>Boise, Idaho 83706 | _____ Hand Delivery<br>\_\_\_x\_\_\_ U.S. Mail<br>_____ Certified Mail<br>\_\_\_\_x\_\_ Electronic Mail |

/s/_____
Candace Baker, Legal Assistant